# District of Massachusetts
# Claims Register

[08-18401 Lana M. Ruel](#)

| | |
|---|---|
| **Judge:** Frank J. Bailey | **Chapter:** 7 |
| **Office:** Boston | **Last Date to file claims:** |
| **Trustee:** Warren E. Agin | **Last Date to file (Govt):** |

| Creditor: (17117337) CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145  [Claimant History](#) | **Claim No: 1** *Original Filed Date*: 01/02/2009 *Original Entered Date*: 01/02/2009 *Last Amendment Filed*: 08/22/2009 *Last Amendment Entered*: 08/22/2009 | *Status:* *Filed by:* CR *Entered by:* Ralston, Richard *Modified:* |
|---|---|---|

| Unsecured claimed: $3205.52 | |
|---|---|
| **Total** | **claimed: $3205.52** |

*History:*

[Details] 1-1  01/02/2009 Claim #1 filed by CHASE BANK USA, total amount claimed: $3205.52 (Ralston, Richard )

[Details] 1-2  08/22/2009 Amended Claim #1 filed by CHASE BANK USA, NA, total amount claimed: $3205.52 (Hogan, Blake )

*Description:*

*Remarks:*

| Creditor: (17117337) CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145  [Claimant History](#) | **Claim No: 2** *Original Filed Date*: 01/02/2009 *Original Entered Date*: 01/02/2009 *Last Amendment Filed*: 08/22/2009 *Last Amendment Entered*: 08/22/2009 | *Status:* *Filed by:* CR *Entered by:* Ralston, Richard *Modified:* |
|---|---|---|

| Unsecured claimed: $6623.60 | |
|---|---|
| **Total** | **claimed: $6623.60** |

*History:*

[Details] 2-1  01/02/2009 Claim #2 filed by CHASE BANK USA, total amount claimed: $6623.6 (Ralston, Richard )

[Details] 2-2  08/22/2009 Amended Claim #2 filed by CHASE BANK USA, NA, total amount claimed: $6623.6 (Hogan, Blake )

*Description:*

*Remarks:*

| Creditor: (17117337) CHASE BANK USA, NA PO BOX 15145 | **Claim No: 3** *Original Filed Date*: 01/02/2009 | *Status:* *Filed by:* CR *Entered by:* Ralston, Richard |
|---|---|---|

| | | |
|---|---|---|
| WILMINGTON, DE 19850-5145　[Claimant History] | *Original Entered Date*: 01/02/2009<br>*Last Amendment Filed*: 08/22/2009<br>*Last Amendment Entered*: 08/22/2009 | *Modified:* |

　Unsecured claimed: $6804.48

**Total　　claimed: $6804.48**

*History:*

[Details]　[3-1]　01/02/2009　Claim #3 filed by CHASE BANK USA, total amount claimed: $6804.48 (Ralston, Richard )

[Details]　[3-2]　08/22/2009　Amended Claim #3 filed by CHASE BANK USA, NA, total amount claimed: $6804.48 (Hogan, Blake )

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*　(17117337)<br>CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145　[Claimant History] | **Claim No: 4**<br>*Original Filed Date*: 01/02/2009<br>*Original Entered Date*: 01/02/2009<br>*Last Amendment Filed*: 08/22/2009<br>*Last Amendment Entered*: 08/22/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ralston, Richard<br>*Modified:* |

　Unsecured claimed: $6239.84

**Total　　claimed: $6239.84**

*History:*

[Details]　[4-1]　01/02/2009　Claim #4 filed by CHASE BANK USA, total amount claimed: $6239.84 (Ralston, Richard )

[Details]　[4-2]　08/22/2009　Amended Claim #4 filed by CHASE BANK USA, NA, total amount claimed: $6239.84 (Hogan, Blake )

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*　(16803493)<br>SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG<br>FIRST EXPRESS<br>PO BOX 856021<br>LOUISVILLE, KY 40285 | **Claim No: 5**<br>*Original Filed Date*: 01/06/2009<br>*Original Entered Date*: 01/06/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Suire, Stacy<br>*Modified:* |

　Unsecured claimed: $871.60

**Total　　claimed: $871.60**

*History:*

[Details]　[5-1]　01/06/2009　Claim #5 filed by SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG, total amount claimed: $871.6 (Suire, Stacy )

*Description:*

*Remarks:*

| Creditor: (16814518) PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | **Claim No: 6** Original Filed Date: 01/20/2009 Original Entered Date: 01/20/2009 | Status: Filed by: CR Entered by: Gaines, Susan Modified: |
|---|---|---|

Unsecured claimed: $14377.09
**Total** claimed: **$14377.09**

History:
Details  6-1  01/20/2009 Claim #6 filed by PYOD LLC its successors and assigns as assignee of, total amount claimed: $14377.09 (Gaines, Susan )

Description:
Remarks:

| Creditor: (16831628) CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | **Claim No: 7** Original Filed Date: 02/02/2009 Original Entered Date: 02/02/2009 | Status: Filed by: CR Entered by: Suire, Stacy Modified: |
|---|---|---|

Unsecured claimed: $632.11
**Total** claimed: **$632.11**

History:
Details  7-1  02/02/2009 Claim #7 filed by CAPITAL ONE BANK (USA), N.A., total amount claimed: $632.11 (Suire, Stacy )

Description:
Remarks:

| Creditor: (16831628) CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | **Claim No: 8** Original Filed Date: 02/12/2009 Original Entered Date: 02/12/2009 | Status: Filed by: CR Entered by: Suire, Stacy Modified: |
|---|---|---|

Unsecured claimed: $2059.78
**Total** claimed: **$2059.78**

History:
Details  8-1  02/12/2009 Claim #8 filed by CAPITAL ONE BANK (USA), N.A., total amount claimed: $2059.78 (Suire, Stacy )

Description:
Remarks:

| Creditor: (16855415) Recovery Management Systems Corporation For Capital Recovery II As Assignee of HSBC Bank Nevada | **Claim No: 9** Original Filed Date: 02/25/2009 Original Entered | Status: Filed by: CR Entered by: Singh, Ramesh Modified: |
|---|---|---|

| Creditor: | Date: 02/25/2009 | |
|---|---|---|
| National<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | | |

Unsecured claimed: $4165.06

**Total claimed: $4165.06**

*History:*

Details   9-1   02/25/2009 Claim #9 filed by Recovery Management Systems Corporation, total amount claimed: $4165.06 (Singh, Ramesh )

*Description:*

*Remarks:*

---

| *Creditor:*   (16855416)<br>Recovery Management Systems Corporation<br>For Capital Recovery II<br>As Assignee of GE Capital - JC Penney Co<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | **Claim No: 10**<br>*Original Filed Date*: 02/25/2009<br>*Original Entered Date*: 02/25/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Singh, Ramesh<br>*Modified:* |
|---|---|---|

Unsecured claimed: $771.62

**Total claimed: $771.62**

*History:*

Details   10-1   02/25/2009 Claim #10 filed by Recovery Management Systems Corporation, total amount claimed: $771.62 (Singh, Ramesh )

*Description:*

*Remarks:*

---

| *Creditor:*   (16855417)<br>Recovery Management Systems Corporation<br>For Capital Recovery II<br>As Assignee of Sears - SEARS GOLD MASTER<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | **Claim No: 11**<br>*Original Filed Date*: 02/25/2009<br>*Original Entered Date*: 02/25/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Singh, Ramesh<br>*Modified:* |
|---|---|---|

Unsecured claimed: $2079.78

**Total claimed: $2079.78**

*History:*

Details   11-1   02/25/2009 Claim #11 filed by Recovery Management Systems Corporation, total amount claimed: $2079.78 (Singh, Ramesh )

*Description:*

*Remarks:*

---

| *Creditor:*   (16859285)<br>Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | **Claim No: 12**<br>*Original Filed Date*: 02/27/2009<br>*Original Entered Date*: 02/27/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Kane, Steven<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $666.55 |
| Total claimed: **$666.55** |

*History:*
Details  12-1  02/27/2009 Claim #12 filed by Roundup Funding, LLC, total amount claimed: $666.55 (Kane, Steven)

*Description:*

*Remarks:*

| *Creditor:*  (16859285)<br>Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | **Claim No: 13**<br>*Original Filed Date*: 02/27/2009<br>*Original Entered Date*: 02/27/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Kane, Steven<br>*Modified:* |

| Unsecured claimed: $318.13 |
| Total claimed: **$318.13** |

*History:*
Details  13-1  02/27/2009 Claim #13 filed by Roundup Funding, LLC, total amount claimed: $318.13 (Kane, Steven)

*Description:*

*Remarks:*

| *Creditor:*  (16862506)<br>Discover Bank/DFS Services LLC<br>POB 3025<br>New Albany Ohio 43054 | **Claim No: 14**<br>*Original Filed Date*: 02/28/2009<br>*Original Entered Date*: 02/28/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Springer, Rich<br>*Modified:* |

| Unsecured claimed: $7431.14 |
| Total claimed: **$7431.14** |

*History:*
Details  14-1  02/28/2009 Claim #14 filed by Discover Bank/DFS Services LLC, total amount claimed: $7431.14 (Springer, Rich)

*Description:*

*Remarks:*

| *Creditor:*  (16870359)<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | **Claim No: 15**<br>*Original Filed Date*: 03/05/2009<br>*Original Entered Date*: 03/05/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Hogan, Blake<br>*Modified:* |

| Unsecured claimed: $2689.75 |
| Total claimed: **$2689.75** |

*History:*

| Details | 15-1 | 03/05/2009 Claim #15 filed by FIA CARD SERVICES, NA/BANK OF AMERICA, total amount claimed: $2689.75 (Hogan, Blake ) |

*Description:*

*Remarks:*

| Creditor: (16870359)<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | **Claim No: 16**<br>*Original Filed Date*: 03/05/2009<br>*Original Entered Date*: 03/05/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Hogan, Blake<br>*Modified:* |

Unsecured claimed: $2731.96

**Total     claimed: $2731.96**

*History:*

| Details | 16-1 | 03/05/2009 Claim #16 filed by FIA CARD SERVICES, NA/BANK OF AMERICA, total amount claimed: $2731.96 (Hogan, Blake ) |

*Description:*

*Remarks:*

| Creditor: (16870359)<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | **Claim No: 17**<br>*Original Filed Date*: 03/05/2009<br>*Original Entered Date*: 03/05/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Hogan, Blake<br>*Modified:* |

Unsecured claimed: $2811.19

**Total     claimed: $2811.19**

*History:*

| Details | 17-1 | 03/05/2009 Claim #17 filed by FIA CARD SERVICES, NA/BANK OF AMERICA, total amount claimed: $2811.19 (Hogan, Blake ) |

*Description:*

*Remarks:*

| Creditor: (16891471)<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LINENS N THINGS<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | **Claim No: 18**<br>*Original Filed Date*: 03/20/2009<br>*Original Entered Date*: 03/20/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Singh, Ramesh<br>*Modified:* |

Unsecured claimed: $325.73

**Total     claimed: $325.73**

*History:*

| Details | 18-1 | 03/20/2009 Claim #18 filed by Recovery Management Systems Corporation, total amount claimed: $325.73 (Singh, Ramesh ) |

| | | |
|---|---|---|
| | 36  07/08/2009 Objection to Claim 18,19 of Claimant Recovery Management Systems Corporation For GE Money Bank d/b/a Linens N Things and d/b/a Lowes Consumer. with certificate of service filed by Trustee Warren E. Agin. (Attachments: # 1 Appendix A)(von Taube, Arvid) | |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (16891472)<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | **Claim No: 19**<br>*Original Filed Date*: 03/20/2009<br>*Original Entered Date*: 03/20/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Singh, Ramesh<br>*Modified:* |

Unsecured claimed:  $1819.95

**Total        claimed: $1819.95**

*History:*

Details  19-1  03/20/2009 Claim #19 filed by Recovery Management Systems Corporation, total amount claimed: $1819.95 (Singh, Ramesh )

36  07/08/2009 Objection to Claim 18,19 of Claimant Recovery Management Systems Corporation For GE Money Bank d/b/a Linens N Things and d/b/a Lowes Consumer. with certificate of service filed by Trustee Warren E. Agin. (Attachments: # 1 Appendix A)(von Taube, Arvid)

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** Lana M. Ruel
**Case Number:** 08-18401
**Chapter:** 7
**Date Filed:** 10/31/2008
**Total Number Of Claims:** 19

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $66624.88 | |
| **Secured** | | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | **$66624.88** | **$0.00** |